UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **26-5195**

Case Title: **Robert Whipple** vs. **Knox County, TN, et al**

List all clients you represent in this appeal:

**Robert Whipple**

☐ Appellant      ☐ Petitioner      ☐ Amicus Curiae      ☐ Criminal Justice Act
☑ Appellee       ☐ Respondent      ☐ Intervenor                    (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Samuel Weiss**          Signature: s/ *Samuel Weiss*

Firm Name: **Rights Behind Bars**

Business Address: **1800 M Street NW, Front 1 #33821**

City/State/Zip: **Washington, DC 20033**

Telephone Number (Area Code): **202-455-4399**

Email Address: **sam@rightsbehindbars.org**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

| CERTIFICATE OF SERVICE |
|---|
| The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing. |

6ca-68
8/17