# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

ROBERT ZENAS WHIPPLE, III )
)
    Plaintiff-Appellee )
)
v. )     No. 26-5195
)
JULIE NEWMAN, Nurse Practioner, )
MARGARET MCINTOSH, )
Medical Assistant, )
)
    Defendants – Appellants )

## MOTION TO STAY APPEAL
## AND BRIEFING SCHEDULE

Come now Appellants, Julie Newman and Margaret McIntosh, by and through counsel and pursuant to Rule 27(a) of the Federal Rules of Appellate Procedure, and move the Court for entry of an Order staying this appeal and the briefing schedule pending this Court's *en banc* review in *Poynter ex rel. Fernandez v. Bennett*, 169 F.4th 716, 2026 WL 686194, at *1 (6th Cir. Mar. 11, 2026) (en banc) (order).

**Memorandum In Support**

Appellants would show that this case involves a Fourteenth Amendment deliberate indifference medical care claim brought by an inmate against two members of the nursing staff of a detention facility. The district court rejected Appellants' qualified immunity defense [Order,RE.211,PageID#940–41], and

Appellants filed a timely Notice of Appeal on March 10, 2026. [NoticeofAppeal,RE.214,PageID#:956].

In preparing Appellants' brief, counsel discovered that the very next day after their Notice of Appeal was filed, this Court sitting *en banc* decided to reconsider the standards governing Fourteenth Amendment deliberate indifference claims. *See Poynter ex rel. Fernandez v. Bennett*, 169 F.4th 716, 2026 WL 686194, at *1 (6th Cir. Mar. 11, 2026) (en banc) (order). The previous panel decision in *Poynter* which was vacated by this Court recognized varying standards for review of these claims, *Poynter v. Bennett*, 162 F.4th 664, 678-679 (6th Cir. 2025), leaving Appellants unable to properly brief the legal standards and issues presented in this appeal.

Respectfully submitted, this 17th day of June, 2026.

/s/ David S. Wigler
DAVID S. WIGLER (BPR # 014525)
Senior Deputy Law Director
*Counsel for Defendant-Appellant McIntosh*
Knox County Law Director's Office
400 Main Street, Suite 612
Knoxville, TN 37902
(865) 215-2327

/s/ Rachel K. Harrison (BPR# 038807)
Deputy Law Director
*Counsel for Defendant-Appellant Newman*
Knox County Law Director's Office
400 Main Street, Suite 612
Knoxville, TN 37902
(865) 215-2327

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ David S. Wigler
DAVID S. WIGLER