**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens | 100 EAST FIFTH STREET, ROOM 540 | Tel. (513) 564-7000 |
| Clerk | POTTER STEWART U.S. COURTHOUSE | www.ca6.uscourts.gov |
|  | CINCINNATI, OHIO 45202-3988 |  |

Filed: August 04, 2026

Ms. Rachel K. Harrison
Mr. David S. Wigler
Knox County Law Director's Office
400 Main Street
Suite 612
Knoxville, TN 37902

Mr. Samuel Weiss
Rights Behind Bars
1800 M. Street, N.W.
Front 1 Suite 33821
Washington, DC 20033

    Re:  Case No. 26-5195
        *Robert Whipple, III v. Knox County, TN, et al*
        Originating Case No. 3:24-cv-00335

Dear Counsel:

    The Court issued the enclosed Order today in this case.

                Sincerely yours,

                s/Patricia Elder

                Senior Case Administrator
                Direct Dial No. 513-564-7034

cc: Ms. LeAnna Wilson


Enclosure