**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

| | | |
|---|---|---|
| ROBERT ZENAS WHIPPLE, III | ) | |
| | ) | |
| Plaintiff-Appellee | ) | |
| | ) | |
| v. | ) | No. 26-5195 |
| | ) | |
| JULIE NEWMAN, Nurse Practioner, | ) | |
| MARGARET MCINTOSH, | ) | |
| Medical Assistant, | ) | |
| | ) | |
| Defendants – Appellants | ) | |

---

**STATUS REPORT**

---

The Defendants submit this status report according to the Court's August 4, 2026 Order [Doc. 15] granting a stay of this appeal and the briefing schedule pending this Court's *en banc* review in *Poynter ex rel. Fernandez v. Bennett*, 169 F.4th 716, 2026 WL 686194, at *1 (6th Cir. Mar. 11, 2026) (en banc) (order). The undersigned reports that a search on Lexis revealed that *Poynter* is still pending before this Court and has not been resolved.

Respectfully submitted, this 3rd day of September, 2026.

/s/ David S. Wigler
DAVID S. WIGLER (BPR # 014525)
Senior Deputy Law Director
*Counsel for Defendant-Appellant McIntosh*

Knox County Law Director's Office
400 Main Street, Suite 612
Knoxville, TN 37902
(865) 215-2327

/s/ Rachel K. Harrison (BPR# 038807)
Deputy Law Director
*Counsel for Defendant-Appellant Newman*
Knox County Law Director's Office
400 Main Street, Suite 612
Knoxville, TN 37902
(865) 215-2327

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ David S. Wigler
DAVID S. WIGLER