**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

| | | |
|---|---|---|
| ROBERT ZENAS WHIPPLE, III | ) | |
| | ) | |
| Plaintiff-Appellee | ) | |
| | ) | |
| v. | ) | No. 26-5195 |
| | ) | |
| JULIE NEWMAN, Nurse Practitioner, | ) | |
| | ) | |
| MARGARET MCINTOSH, Medical Assistant, | ) | |
| | ) | |
| | ) | |
| Defendants – Appellants | ) | |

---

**NOTICE OF UNAVAILABILITY**

---

Comes now Rachel K. Harrison, Deputy Law Director in the Knox County Law Director's Office, and provides notice of unavailability due to maternity leave for the approximate dates:

**October 7, 2026 – January 27, 2027**

Counsel represents that her client will be adequately represented by David Wigler, who has made an appearance in this matter.

Respectfully submitted,

/s/ Rachel K. Harrison (BPR# 038807)
Deputy Law Director
*Counsel for Defendant-Appellant Newman*
Knox County Law Director's Office
400 Main Street, Suite 612
Knoxville, TN 37902
(865) 215-2327

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ Rachel K. Harrison
RACHEL K. HARRISON