UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Student/Supervisor/Dean Certification for Law Student Representation

## I. Student Certification (for up to 4 students)

Docket No. 26-5195

Case Title Robert Whipple, III v. Knox County, TN, et al

My signature below certifies that:

a. I am enrolled and in good standing at

(law school) Northwestern Pritzker School of Law

b. I have completed at least two-thirds of the legal studies required for graduation.*

c. I am familiar with and will comply with the Federal Rules of Civil, Criminal, and Appellate Procedure and Evidence; the Code of Professional Responsibility; and the rules of this Court.

d. I am not receiving compensation directly from the party on whose behalf I am rendering services.

**Student #1**

Signature Olivia Christ

Date 10/14/2026

Name Olivia Christ

* Or am a recent graduate awaiting a bar examination or the results of the state bar examination.

**Student #2**

Signature

Date 10/14/2026

Name Katherine Sáenz

**Student #3**

Signature

Date 10/14/2026

Name Daniel Villare

**Student #4**

Signature

Date

Name

## II. Supervising Attorney Certification

Docket No. 26-5195

Case Title Robert Whipple, III v. Knox County, TN, et al

Party Represented Robert Whipple, III

I certify that I am admitted to practice before the highest court of the State of

(state) Illinois for at least three years, have been admitted to practice before this Court, and have participated in at least three appellate arguments before a federal or state appellate court. I will carefully supervise the work of the following student(s) on behalf of the party above:

Student #1: Olivia Christ

Student #2: Katherine Sáenz

Student #3: Daniel Villare

Student #4:

I will supervise no more than four students at any one time. I authorize the above listed student(s) to appear in court or at other proceedings, and to prepare documents. I will accompany the student(s), assume personal responsibility for their work, and be prepared to supplement, if necessary, any statement made by the student(s) to the court or to opposing counsel.

**Supervising Attorney**

Signature

Date 10/16/2026

Name Danielle Hamilton

Address 375 E. Chicago Avenue

City Chicago State IL Zip Code 60611

Phone Number (for ex., 4153558000) 3125031486

# III. Dean Certification

Docket No. 26-5195

Case Title Robert Whipple, III v. Knox County, TN, et al

I certify that the student(s) listed below are enrolled and in good standing at

(law school) Northwestern Pritzker School of Law

and have completed at least two-thirds of the legal studies required for graduation;* and are adequately trained to fulfill all responsibilities required by Ninth Circuit Rule 46-4.

Student #1: Olivia Christ

Student #2: Katherine Sáenz

Student #3: Daniel Villare

Student #4:

**Dean**

Signature B McAlister

Date 10/16/2026

Name Becky McAlister, Office of the Registrar

Address 375 E. Chicago Avenue

City Chicago State IL Zip Code 60611

Phone Number (for ex., 4153558000) 3125038464

* Or are recent graduates awaiting a bar examination or the results of the state bar examination.